IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
NORMAN JAMES MCNEILL,            )
                                 )
          Petitioner,            )
                                 )      1:08-cr-448-1
     v.                          )      1:22-cr-108-1
                                 )      1:23-cv-438
UNITED STATES OF AMERICA,        )
                                 )
          Respondent.            )
```

**ORDER**

This matter is before the court for review of the Recommendation ("Recommendation") filed on December 4, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 85.) The Recommendation was served on the parties in this action on December 4, 2025. (Doc. 86.) No objections were filed within the time limits prescribed by Section 636. Instead, as directed by the court on December 3, 2025, (see Min. Ent. 12/03/2025), counsel for Petitioner filed a Response in Support of the Magistrate Report and Recommendation, (Doc. 87), to inform the court that Petitioner has no objections to the Recommendation.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 85), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Amended Motion to Withdraw 28 U.S.C. § 2255 Petitions, (1:22-cr-108-1, Doc. 33; 1:08-cr-448-1, Doc. 84), is **GRANTED.**

**IT IS FURTHER ORDERED** that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, (1:22-cr-108-1, Doc. 18; 1:08-cr-448-1, Doc. 61), is **DISMISSED.**

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 15th day of December, 2025.

                                                /s/ William L. Osteen, Jr.
                                                United States District Judge